No. 5495.—Pueblo, apldo., v. Ramos, acusado aplte.—C. D. San Juan. Noviembre 30, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por cuanto, en mayo 3 de 1934 el Fiscal solicitó la desestimación de la apelación alegando que el legajo de la sentencia fué radicado en 7 de abril de 1934 y que la transcripción de evidencia en dicho caso fué radicada el día 7 del mismo mes, habiendo expirado el término de veinte días concedido por el Reglamento sin que el apelante hubiese radicado su alegato;

Por cuanto, esta Corte, en 21 de mayo de 1934, luego de vista la moción de desestimación con la comparecencia del Fiscal, concedió a solicitud del apelante un nuevo término de veinte días para radicar su alegato;

Por cuanto, en 30 de octubre de 1934 el Fiscal radicó una moción solicitando nuevamente la desestimación de la apelación porque el acusado dejó transcurrir la última prórroga, que venció el día 8 de julio de 1934, sin haber presentado su alegato y sin que se hubiese concedido otra prórroga por este tribunal;

Por cuanto, ese mismo día el acusado radicó su alegato en este Tribunal;

Por tanto, se declara sin lugar la moción de desestimación, y se reinstalan los casos Nos. 5592 y 5519, por tratarse de hechos atribuídos al acusado que ocurrieron simultáneamente y por haberse establecido estos recursos de apelación basándolos en la misma transcripción de evidencia.